# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
# WHITE PLAINS DIVISION

In re: VJT CONSTRUCTION CORP.    § Case No. 17-23516-RDD
                                 §
                                 §
                                 §
Debtor(s)                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MARK S. TULIS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $300.00    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $296,470.61    Claims Discharged Without Payment: N/A

Total Expenses of Administration: $338,799.64

---

3) Total gross receipts of $ 635,270.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $635,270.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,134.03 | $1,134.03 | $1,134.03 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 327,092.28 | 327,092.28 | 327,092.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 11,707.36 | 11,707.36 | 11,707.36 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 177.20 | 177.20 | 177.20 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 481,447.91 | 481,447.91 | 295,159.38 |
| **TOTAL DISBURSEMENTS** | $0.00 | $821,558.78 | $821,558.78 | $635,270.25 |

4) This case was originally filed under Chapter 7 on September 29, 2017. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/11/2020            By: /s/MARK S. TULIS
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property and Building at 364 Washington St. | 1122-000 | 594,516.38 |
| Rent | 1222-000 | 40,500.00 |
| Refund from Superior Payment Plan | 1290-000 | 236.81 |
| Refund of insurance premium | 1290-000 | 17.06 |
| **TOTAL GROSS RECEIPTS** | | **$635,270.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | New York State Department of Taxation & Finance+ | 4110-000 | N/A | 1,134.03 | 1,134.03 | 1,134.03 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,134.03** | **$1,134.03** | **$1,134.03** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - MARK S. TULIS, P.C. | 2100-000 | N/A | 35,013.51 | 35,013.51 | 35,013.51 |
| Trustee Expenses - MARK S. TULIS, P.C. | 2200-000 | N/A | 246.29 | 246.29 | 246.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Berkshire Hathaway HomeServices River Towns Real Estate | 2500-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| Other - LAMONICA HERBST & MANISCALCO, LLP | 3210-000 | N/A | 50,081.75 | 50,081.75 | 50,081.75 |
| Other - LAMONICA HERBST & MANISCALCO, LLP | 3220-000 | N/A | 961.30 | 961.30 | 961.30 |
| Other - JOSEPH A. BRODERICK, P.C. | 3410-000 | N/A | 1,435.00 | 1,435.00 | 1,435.00 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 8.03 | 8.03 | 8.03 |
| Other - J.P. McHalePest Management, Inc. | 2420-000 | N/A | 1,422.07 | 1,422.07 | 1,422.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.44 | 14.44 | 14.44 |
| Other - Trustee Resource Group Mi-Kal | 2420-000 | N/A | 3,304.00 | 3,304.00 | 3,304.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.64 | 15.64 | 15.64 |
| Other - DCal Construction Company | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Other - Eastern Oil Company | 2420-000 | N/A | 1,022.28 | 1,022.28 | 1,022.28 |
| Other - Consolidated Edison Company | 2420-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other - Alfredos Landscaping & Construction Inc. | 2420-000 | N/A | 343.60 | 343.60 | 343.60 |
| Other - Alfredos Landscaping & Construction Inc. | 2420-000 | N/A | 687.20 | 687.20 | 687.20 |
| Other - RG Agency | 2500-000 | N/A | 387.61 | 387.61 | 387.61 |
| Other - Charlie Stockinger | 2500-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - City of Peekskill | 2500-000 | N/A | 134,114.51 | 134,114.51 | 134,114.51 |
| Other - Eastern Oil Company | 2420-000 | N/A | 1,364.28 | 1,364.28 | 1,364.28 |
| Other - Department of the Treasury | 2810-000 | N/A | 44,997.00 | 44,997.00 | 44,997.00 |
| Other - NYS Corporation Tax | 2820-000 | N/A | 15,198.00 | 15,198.00 | 15,198.00 |
| Other - NYS Corporation Tax | 2820-000 | N/A | 4,347.00 | 4,347.00 | 4,347.00 |
| Other - MARK S. TULIS, TRUSTEE | 2300-000 | N/A | 388.77 | 388.77 | 388.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $327,092.28 | $327,092.28 | $327,092.28 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PENACHIO MALARA, LLP | 6210-160 | N/A | 9,960.00 | 9,960.00 | 9,960.00 |
| PENACHIO MALARA, LLP | 6220-170 | N/A | 1,747.36 | 1,747.36 | 1,747.36 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $11,707.36 | $11,707.36 | $11,707.36 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Department of the Treasury | 5800-000 | N/A | 177.20 | 177.20 | 177.20 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $177.20 | $177.20 | $177.20 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Department of the Treasury | 7100-000 | N/A | 13,491.55 | 13,491.55 | 8,271.21 |
| 3S | Roger Heumann | 7100-000 | N/A | 464,956.36 | 464,956.36 | 285,048.97 |
| 3U | Roger Heumann | 7100-000 | N/A | 3,000.00 | 3,000.00 | 1,839.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $481,447.91 | $481,447.91 | $295,159.38 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-23516-RDD  
**Case Name:** VJT CONSTRUCTION CORP.

**Trustee:** (520750) MARK S. TULIS  
**Filed (f) or Converted (c):** 05/30/18 (c)  
**§341(a) Meeting Date:** 07/05/18  

**Period Ending:** 09/11/20

**Claims Bar Date:** 03/25/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property and Building at 364 Washington St.<br>Imported from original petition Doc# 1 | 600,000.00 | 500,000.00 | | 594,516.38 | FA |
| 2 | Checking Account at Checking Account at Chase Ba<br>Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 3 | Rent  (u) | 0.00 | 0.00 | | 40,500.00 | FA |
| 4 | Refund from Superior Payment Plan  (u) | 236.81 | 236.81 | | 236.81 | FA |
| 5 | Refund of insurance premium  (u) | 17.06 | 17.06 | | 17.06 | FA |
| 5 | **Assets    Totals** (Excluding unknown values) | **$600,553.87** | **$500,553.87** | | **$635,270.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

   1/13/20: A final hearing is scheduled for 2/3/20.

   11/7/19: Email TFR to UST

   10/28/19: Prepare TFR

   1/17/19: A motion to approve sale of debtor's real property is scheduled for 2/11/19,.

**Initial Projected Date Of Final Report (TFR):**  December 30, 2020   **Current Projected Date Of Final Report (TFR):**  October 28, 2019  (Actual)

Printed: 09/11/2020 01:38 PM    V.14.60

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-23516-RDD | | Trustee: | MARK S. TULIS (520750) |
|---|---|---|---|---|
| Case Name: | VJT CONSTRUCTION CORP. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******6966 - Checking Account |
| Taxpayer ID #: | **-***0073 | | Blanket Bond: | $68,407,174.00 (per case limit) |
| Period Ending: | 09/11/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/10/18 | {3} | Victor Tonndorf | July 2018 rent | 1222-000 | 500.00 | | 500.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 490.00 |
| 08/10/18 | {3} | 36A Washington Food Corp. | Payment of July rent | 1222-000 | 5,000.00 | | 5,490.00 |
| 08/10/18 | {3} | 36A Washington Food Corp. | Payment of August rent | 1222-000 | 5,000.00 | | 10,490.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,480.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 8.03 | 10,471.97 |
| 10/10/18 | {3} | 364 Washington Food Corp. | Payment of September 2018 rent | 1222-000 | 5,000.00 | | 15,471.97 |
| 10/10/18 | {3} | 364 Washington Food Corp. | Payment of October 2018 rent | 1222-000 | 5,000.00 | | 20,471.97 |
| 10/15/18 | 101 | J.P. McHalePest Management, Inc. | Payment of invoice #1009798 for water clean up at 364 Washington Avenue | 2420-000 | | 1,422.07 | 19,049.90 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.44 | 19,035.46 |
| 11/26/18 | 102 | Trustee Resource Group Mi-Kal | Installment payments due 10/10/18 & 1/8/19; Policy #RMS4700005 | 2420-000 | | 3,304.00 | 15,731.46 |
| 11/30/18 | {3} | 364 Washington Food Corp. | Rent for November 2018 | 1222-000 | 5,000.00 | | 20,731.46 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.64 | 20,715.82 |
| 12/04/18 | {4} | Superior Payment Plan | Refund | 1290-000 | 236.81 | | 20,952.63 |
| 01/04/19 | 103 | DCal Construction Company | Payment for installation of safety plate and blocking | 2500-000 | | 125.00 | 20,827.63 |
| 01/08/19 | {1} | Hudson Realty Investors, LLC | Deposit for purchase of 364 Washington Street, Peekskill, NY | 1122-000 | 60,000.00 | | 80,827.63 |
| 01/14/19 | {3} | 364 Washington Food Corp. | Rent for December 2018 | 1222-000 | 5,000.00 | | 85,827.63 |
| 01/14/19 | {3} | 364 Washington Food Corp. | Rent for January 2019 | 1222-000 | 5,000.00 | | 90,827.63 |
| 01/23/19 | 104 | Eastern Oil Company | Payment of invoices 186442 & 186896 | 2420-000 | | 1,022.28 | 89,805.35 |
| 01/31/19 | {3} | 364 Washington Food Corp. | Reversed Deposit 100008 2 Rent for January 2019 | 1222-000 | -5,000.00 | | 84,805.35 |
| 02/15/19 | 105 | Consolidated Edison Company | Payment for electricity at 364 Washington Street, Peekskill, NY | 2420-000 | | 370.00 | 84,435.35 |
| 03/04/19 | 106 | Alfredos Landscaping & Construction Inc. | Payment for snow removal and salt | 2420-000 | | 343.60 | 84,091.75 |
| 03/08/19 | {3} | 364 Washington Food Corp. | Rent for January 2019 | 1222-000 | 5,000.00 | | 89,091.75 |
| 03/19/19 | {3} | 364 Washington Food Corp. | Rent for February 2019 | 1222-000 | 5,000.00 | | 94,091.75 |
| 03/28/19 | 107 | Alfredos Landscaping & Construction Inc. | Payment for snow removal | 2420-000 | | 687.20 | 93,404.55 |
| 04/03/19 | {1} | 364 Washington Street LLC | Partial payment of proceeds re: sale of property | 1122-000 | 427,848.23 | | 521,252.78 |
| 04/03/19 | {1} | Asset Preservation, Inc. | Balance of payment for sale of real property | 1122-000 | 106,668.15 | | 627,920.93 |
| 04/03/19 | 108 | RG Agency | Payment of title charges | 2500-000 | | 387.61 | 627,533.32 |

Subtotals : $635,253.19 $7,719.87

{} Asset reference(s)

Printed: 09/11/2020 01:38 PM V.14.60

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 17-23516-RDD | | Trustee: | MARK S. TULIS (520750) |
|---|---|---|---|---|
| Case Name: | VJT CONSTRUCTION CORP. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******6966 - Checking Account |
| Taxpayer ID #: | **-***0073 | | Blanket Bond: | $68,407,174.00 (per case limit) |
| Period Ending: | 09/11/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/03/19 | 109 | Charlie Stockinger | Payment to title closer | 2500-000 | | 250.00 | 627,283.32 |
| 04/09/19 | 110 | City of Peekskill | Payment of real estate taxes (364 Washington Street) | 2500-000 | | 134,114.51 | 493,168.81 |
| 04/09/19 | 111 | Berkshire Hathaway HomeServices River Towns Real Estate | Payment of broker commission (364 Washington Street) pursuant to court order 2/12/19 | 2500-000 | | 30,000.00 | 463,168.81 |
| 05/02/19 | 112 | Eastern Oil Company | Payment of invoices 192490 &198250 | 2420-000 | | 1,364.28 | 461,804.53 |
| 06/05/19 | 113 | Department of the Treasury | Payment of 2019 1120 taxes; EIN: 13-3960073 | 2810-000 | | 44,997.00 | 416,807.53 |
| 06/05/19 | 114 | NYS Corporation Tax | Payment of 2019 corporation tax; EIN13-3960073 | 2820-000 | | 15,198.00 | 401,609.53 |
| 06/05/19 | 115 | NYS Corporation Tax | Payment of 2019 MTA surcharge; EIN 13-3960073 | 2820-000 | | 4,347.00 | 397,262.53 |
| 06/18/19 | {5} | MVR Insurance Agency | Refund of insurance premium | 1290-000 | 17.06 | | 397,279.59 |
| 06/24/19 | 116 | MARK S. TULIS, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2019 FOR CASE #17-23516 | 2300-000 | | 388.77 | 396,890.82 |
| 09/04/19 | | Transition Transfer Debit | | 9999-000 | | 396,890.82 | 0.00 |
| | | | ACCOUNT TOTALS | | 635,270.25 | 635,270.25 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 396,890.82 | |
| | | | Subtotal | | 635,270.25 | 238,379.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $635,270.25 | $238,379.43 | |

{} Asset reference(s)   Printed: 09/11/2020 01:38 PM   V.14.60

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 17-23516-RDD  
**Case Name:** VJT CONSTRUCTION CORP.  
**Taxpayer ID #:** **-***0073  
**Period Ending:** 09/11/20  

**Trustee:** MARK S. TULIS (520750)  
**Bank Name:** United Bank  
**Account:** ********1002 - Checking Account  
**Blanket Bond:** $68,407,174.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/19 | | Transfer from 0061 to 1002 | Transfer from 0061 to 1002 | 9999-000 | 396,890.82 | | 396,890.82 |
| 02/18/20 | 10117 | New York State Department of Taxation & Finance+ | Dividend paid 100.00% on $1,134.03; Claim# 1; Filed: $1,134.03; Reference: | 4110-000 | | 1,134.03 | 395,756.79 |
| 02/18/20 | 10118 | MARK S. TULIS, P.C. | Dividend paid 100.00% on $35,013.51, Trustee Compensation;  Reference: | 2100-000 | | 35,013.51 | 360,743.28 |
| 02/18/20 | 10119 | MARK S. TULIS, P.C. | Dividend paid 100.00% on $246.29, Trustee Expenses;  Reference: | 2200-000 | | 246.29 | 360,496.99 |
| 02/18/20 | 10120 | LAMONICA HERBST & MANISCALCO, LLP | Dividend paid 100.00% on $50,081.75, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 50,081.75 | 310,415.24 |
| 02/18/20 | 10121 | LAMONICA HERBST & MANISCALCO, LLP | Dividend paid 100.00% on $961.30, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 961.30 | 309,453.94 |
| 02/18/20 | 10122 | JOSEPH A. BRODERICK, P.C. | Dividend paid 100.00% on $1,435.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,435.00 | 308,018.94 |
| 02/18/20 | 10123 | Office of the United States Trustee | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 975.00 | 307,043.94 |
| 02/18/20 | 10124 | PENACHIO MALARA, LLP | Dividend paid 100.00% on $9,960.00, Attorney for D-I-P Fees (Chapter 11);  Reference: | 6210-160 | | 9,960.00 | 297,083.94 |
| 02/18/20 | 10125 | PENACHIO MALARA, LLP | Dividend paid 100.00% on $1,747.36, Attorney for D-I-P Expenses (Chapter 11);  Reference: | 6220-170 | | 1,747.36 | 295,336.58 |
| 02/18/20 | 10126 | Department of the Treasury | Dividend paid 100.00% on $177.20; Claim# 2P; Filed: $177.20; Reference: | 5800-000 | | 177.20 | 295,159.38 |
| 02/18/20 | 10127 | Department of the Treasury | Dividend paid 61.30% on $13,491.55; Claim# 2U; Filed: $13,491.55; Reference: | 7100-000 | | 8,271.21 | 286,888.17 |
| 02/18/20 | 10128 | Roger Heumann | Dividend paid 61.30% on $464,956.36; Claim# 3S; Filed: $464,956.36; Reference: | 7100-000 | | 285,048.97 | 1,839.20 |
| 02/18/20 | 10129 | Roger Heumann | Dividend paid 61.30% on $3,000.00; Claim# 3U; Filed: $3,000.00; Reference: | 7100-000 | | 1,839.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 396,890.82 | 396,890.82 | $0.00 |
| | | | Less: Bank Transfers | | 396,890.82 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **396,890.82** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$396,890.82** | |

{} Asset reference(s)

Printed: 09/11/2020 01:38 PM    V.14.60

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 17-23516-RDD | **Trustee:** MARK S. TULIS (520750) |
| **Case Name:** VJT CONSTRUCTION CORP. | **Bank Name:** United Bank |
| | **Account:** ********1002 - Checking Account |
| **Taxpayer ID #:** **-***0073 | **Blanket Bond:** $68,407,174.00  (per case limit) |
| **Period Ending:** 09/11/20 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 635,270.25 |  |
| Net Estate : | $635,270.25 |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6966** | 635,270.25 | 238,379.43 | 0.00 |
| **Checking # ********1002** | 0.00 | 396,890.82 | 0.00 |
|  | $635,270.25 | $635,270.25 | $0.00 |

{} Asset reference(s)

Printed: 09/11/2020 01:38 PM    V.14.60